**In the Interest of A.R.W., A Minor.**

**No. ED 100951.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 26, 2014.

---

1. All rule references are to Mo. R.Crim. P.2013, unless otherwise indicated.

Steven Niemeyer, Chesterfield, MO, Stanley Schechter, Clayton, MO, for appellant.

Lance Bretsnyder, Clayton, MO, Janice M. Lauer, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

### ORDER

Shawn Warden ("Father") appeals from the judgment of the trial court terminating his parental rights to his son, A.R.W.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).